UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Becky Berscheid
Plaintiff,

vs.

Midland Credit Management, Inc., TransUnion, LLC, and Experian Information Solutions, Inc.
Defendants.

Case No. 0:22-cv-00086-JRT-LIB

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S RULE 68 OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendant Midland Credit Management, Inc.'s Rule 68 Offer of Judgment dated August 25, 2022.

Dated: September 8, 2022

Respectfully Submitted,

PETERSON LEGAL, PLLC

s/ Ryan D. Peterson
Ryan D. Peterson (#0389607)
5201 Eden Avenue, Suite 300
Edina, MN 55436
(612) 367-6568
ryan@peterson.legal

ATTORNEY FOR PLAINTIFF

1

Anthony P. Chester (#0396929)
KAZEROUNI LAW GROUP, APC
120 S. 6th St., Suite 2050
Minneapolis, MN 55402
Phone: 952-225-5333
Email: tony@kazlg.com
*Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been emailed to the following address on this the 8th day of September, 2022:

Patrick D. Newman
pnewman@bassford.com

<u>s/Ryan D. Peterson</u>
Ryan D. Peterson

3