UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Becky Berscheid, <br><br> Plaintiff, <br><br> vs. <br><br> Midland Credit Management, Inc., and Experian Information Solutions, Inc., <br><br> Defendants. | Case No. 0:22-cv-00086-JRT-LIB <br><br> **Declaration of Anthony P. Chester in Support of Plaintiff's Motion for Attorneys' Fees** |

I, Anthony P. Chester, Esq. declare as follows:

1. I am submitting this declaration in support of Plaintiff's Motion for Attorneys' Fees in connection with services rendered in the above-entitled action (the "Action").

2. In this action, I am acting as a Of Counsel of Kazerouni Law Group, APC.

3. I exclusively practice consumer law at Kazerouni Law Group, APC.

4. I am also the principal of the recently established firm, Chester Law PLLC.

5. I exclusively practice consumer law at Chester Law PLLC.

6. I was previously a managing attorney for Hyde & Swigart, a consumer protection law firm, until Hyde & Swigart merged with Kazerouni Law Group, APC in September 2019.

1

7. Attached hereto as Exhibit A is a true and correct copy of my Curriculum Vitae.

8. Kazerouni Law Group, APC represents Plaintiff Becky Berscheid as co-counsel with Peterson Legal PLLC in the Action.

9. Kazerouni Law Group, APC and Peterson Legal PLLC represent Becky Berscheid on a contingency fee basis in the Action.

10. Attached hereto as Exhibit B is a detailed and specific summary indicating the amount of time and work expended by Anthony P. Chester in this Action, as contemporaneously recorded, with redactions for notations containing information protected by attorney-client privilege, attorney work product, confidential communications with co-counsel, and/or confidential settlement communications.

11. The fee calculation in Exhibit B is based upon the number of hours expended by Anthony P. Chester multiplied by my current hourly rate.

12. As set forth in Exhibit B, based on my experience, years of practice, and skill in litigation, my customary hourly rate is $395 per hour.

13. My hourly rate was last increased in March 2019 from $325 per hour to $395 per hour after being with Kazerouni Law Group, APC (both the merged entity of Hyde & Swigart and Kazerouni Law Group, APC) for over five years.

14. Since 2015, I have represented over 900 consumer clients in individual consumer law matters, including over 200 FCRA and/or FDCPA cases filed in federal courts.

15. The majority of my practice currently centers around FCRA litigation, with another significant percentage devoted to FDCPA litigation.

16. I have represented consumers in consumer law actions across the country, including in the District of Minnesota, Eastern District of Wisconsin, Southern District of Indiana, Southern District of Ohio, Eastern District of Michigan, Northern District of Illinois, Central District of Illinois, Middle District of Florida, Eastern District of Missouri, Western District of Missouri, District of Kansas, Northern District of Texas, Western District of Texas, District of Colorado, Northern District of California, Southern District of California, Sixth Circuit Court of Appeals, Eighth Circuit Court of Appeals, Minnesota state courts, Michigan state courts, Texas state courts, and in arbitration forums nationwide.

17. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Adam Strauss dated November 15, 2022.

18. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Thomas Lyons Jr. dated November 14, 2022.

19. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Mark Vavreck dated November 14, 2022.

20. As an example, in July of 2021, consumer clients hired me to perform legal services on an hourly rate in a consumer law matter and agreed to pay me at my standard hourly rate of $395 per hour.

21. In August 2019, I was approved at $325 per hour by the Southern District of Ohio with a lodestar multiplier of approximately 3.5 at the time of final approval in *Guiette v. U.S. Bank National Association*, 1:18-cv-174-TSB (S.D. OH.). *See* [Doc. No. 33]; [Doc. No. 46]; [Doc. No. 48].

22. In November 2018, I was approved at $275 per hour by the District of Minnesota with the Court awarding all but .6 of the hours requested in the fee petition. *See Bell v. Am. Accounts & Advisers, Inc.*, No. 18-2474 (MJD/ECW), 2018 U.S. Dist. LEXIS 223645 (D. Minn. Nov. 15, 2018), *Report and Recommendation adopted*, *Accounts & Advisers, Inc.*, No. 18-2474 (MJD/ECW), 2019 U.S. Dist. LEXIS 52428 (D. Minn. March 28, 2019).

23. The lodestar by Kazerouni Law Group, APC for work performed on this case at the hourly rate of $395 is as follows:

| Attorney | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Anthony P. Chester | $395.00 | 71.00 | $28,045.00 |

24. I deducted time for tasks that were solely attributable to the other defendants in this case, TransUnion LLC and Experian Information Solutions, Inc.

25. The lodestar figure is based upon the billing rate for Anthony P. Chester in the present Action, which does not include charges for litigation costs. Litigation costs are billed separately.

26. Kazerouni Law Group, APC is not requesting any litigation costs resulting from the Action.

27. Attached hereto as Exhibit F is a true and correct copy of the United States Consumer Law Attorney Fee Report Survey of 2017-2018, authored by Ronald L. Burdge, Esq. of Burdge Law Office. The report was published on or about September 10, 2019 and represents fee rates for consumer law attorneys from 2017-2018.

28. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Patrick D. Newman (along with the declaration's exhibit B), filed in the matter of *Ricketson v. Advantage Collection Professionals*, LLC, 21-cv-2541-WMW-ECW, in the District of Minnesota on September 16, 2022.

29. Attached hereto as Exhibit H is a true and correct copy of the Reply brief for the defendant's fee petition filed in *Ricketson v. Advantage Collection Professionals*, LLC, 21-cv-2541-WMW-ECW, in the District of Minnesota on October 21, 2022. The reply brief identifies that counsel for the defendant

incurred an additional 1.8 hours of attorney fee time for their overall fee request.

30. In an effort to account for any additional deductions missed, I agree to reduce my overall fee request by 15% to a total of $23,823.25.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: November 15, 2022                    By: /s/ Anthony Chester