Exhibit A

| | |
|---|---:|
| P: 612-488-2112 | 8400 Normandale Lake Blvd. Ste. 920 |
| E: [tony@chester.law](mailto:tony@chester.law) | Bloomington, MN 55437 |

# ANTHONY P. CHESTER
## CURRICULUM VITAE

**CONSUMER LAW EXPERIENCE**

- **Chester Law PLLC** - Bloomington, MN
    - Principal (October 2022 - Present)
        - Manage and litigate cases in a multi-jurisdictional practice
            - Primarily litigate in federal courts
        - Consumer protection litigation focusing on:
            - Fair Credit Reporting Act, Fair Debt Collection Practices Act, Fair Credit Billing Act, Electronic Funds Transfer Act, and related state statutes
- **Kazerouni Law Group** - Minneapolis, MN
    - Of Counsel (October 2022 - Present)
        - Manage and litigate cases previously filed prior to transitioning to Of Counsel.
            - Litigating cases in Minnesota, Indiana, Missouri, Kansas, Texas, California, and Florida
        - Consumer protection litigation focusing on:
            - Fair Credit Reporting Act, Fair Debt Collection Practices Act, Fair Credit Billing Act, and state law deceptive trade practice statutes
    - Managing Attorney (August 2019 - September 2022)
        - Manage a multi-jurisdictional practice
            - Litigated cases in Minnesota, Michigan, Indiana, Illinois, Kansas, Missouri, Texas, Arizona, and California
        - Practice consumer protection litigation with a focus on:
            - Fair Credit Reporting Act, Fair Debt Collection Practices Act, Fair Credit Billing Act, and state law deceptive trade practice statutes
        - Handled cases at all stages—from client acquisition through settlement
    - Of Counsel (July 2016 - August 2019)
        - Practiced particularly in Texas federal and state courts with an emphasis on cases involving the Texas Deceptive Trade Practice Act
- **Hyde & Swigart** - Minneapolis, MN
    - Managing Attorney (March 2015 - August 2019) - *Merged with Kazerouni Law Group*
        - Opened and developed the Minnesota branch of the firm
        - Managed a high-volume, multi-jurisdictional practice
            - Litigated cases in Minnesota, Michigan, Illinois, Ohio, Texas, California, and Colorado
        - Practiced consumer protection litigation with a focus on:
            - Fair Debt Collection Practices Act, Telephone Consumer Protection Act, Fair Credit Reporting Act, state law deceptive trade practices acts, and Defending consumers in debt collection actions

## PRESENTATIONS AND ARTICLES

- *What the Bankruptcy Practitioner Needs to Know about the FDCPA and FCRA* – 2hr CLE (July 2022)
  - Presented an overview, strategies, and case identification for FDCPA and FCRA practice
- *A New Frontier: Consumer Class Actions after Ramirez* - Forum Magazine – Article (Nov. 2021)
  - Authored an article on the impact after *Ramirez* on Art. III standing in federal courts
- *Consumer Law: Recent Trends in Art. III - MSBA Consumer Section* – 1hr CLE (June 2021)
  - Presented on the evolution of courts' analysis of Art. III standing in consumer litigation
- *Ensuring a Fresh Start after Bankruptcy: Credit Reporting - VLN* – Article (Feb. 2020)
  - Authored an article on inaccurate credit reporting and consumer rights under the FCRA
- *FDCPA: Overview and Select Topics - HCBA Creditor/Debtor Section* – 1hr CLE (April 2019)
  - Presented on select topics within FDCPA litigation, including fee petitions
- *New Developments in the TCPA - MSBA Consumer Law Section* – 1hr CLE (Oct. 2018)
  - Presented on the Plaintiff's bar perspective on recent developments in TCPA case law

## OTHER LEGAL EXPERIENCE

- **Esqyr** - Minneapolis, MN
  - Co-Founder and Chief Content Creator of bar exam study materials (2015 - 2022)
- **Ganje Law Offices** - Minneapolis, MN
  - Research and writing attorney (2014 - 2015)
- **Contract Attorney** - Minneapolis, MN
  - Contract and consulting on transactional matters (2015)

## MEDIATION EXPERIENCE

- **The United Way of Jackson County** - Jackson, MI
  - Mediator (2012 - 2013)
- **The Dispute Resolution Center** - Ann Arbor, MI
  - Mediator (2012 - 2013)

## EXPERIENCE IN ACADEMIA

- **Michigan State University College of Law** - East Lansing, MI
  - Coach students in appellate moot court competitions (Spring 2020 - Present)
- **The Dispute Resolution Institute at Hamline University School of Law** - St. Paul, MN
  - Project administrator and mediation coach (2014 - 2015)
- **Michigan State University College of Law** - East Lansing, MI
  - Teaching assistant in negotiation and mediation (2012 - 2013)
- **LLM Negotiation Workshop and Competition at Michigan State University** - East Lansing, MI
  - Assistant Director (2012)

## EDUCATION

- **Michigan State University College of Law** - East Lansing, MI
  - Juris Doctor - 2013
- **Michigan State University** - East Lansing, MI
  - B.A. in Political Theory and Constitutional Democracy - 2010
  - B.A. in Philosophy - 2010
- **University of New South Wales** - Sydney, Australia
  - Coursework in government - 2008

**PROFESSIONAL ASSOCIATIONS**
- Minnesota State Bar Association Consumer & Creditor Law Section (2019 council, 2020-2022 co-chair, 2022-2023 secretary)
- National Association of Consumer Advocates (member 2016 - present)
- Debtor-Creditor Section of the Hennepin Country Bar Association (committee member 2016)
- Hennepin County Bar Association (2015 - present)
- Minnesota State Bar Association (2015 - present)
- Texas State Bar Association (2014 - present)
- State Bar of Michigan (2013 - present)
- The Dispute Resolution Center (board member 2014 - 2016)
- Twin Cities Spartans (2015 - present)

**HONORS**
- Super Lawyers - Rising Star - 2021, 2022
- The Fellows of the American Bar Foundation - Fellow - 2022

**BAR ADMISSIONS**
- State of Michigan - 2013
- State of Texas - 2014
- State of Minnesota - 2015
- State of Missouri - 2021
- U.S. District Court, District of Minnesota - 2015
- U.S. District Court, Eastern District of Wisconsin - 2015
- U.S. District Court, Western District of Wisconsin - 2015
- U.S. Court of Appeals, Eighth Circuit - 2016
- U.S. District Court, Eastern District of Texas - 2016
- U.S. District Court, Northern District of Texas - 2017
- U.S. District Court, Eastern District of Michigan - 2017
- U.S. District Court, Western District of Michigan - 2017
- U.S. District Court, District of Colorado - 2017
- U.S. District Court, Northern District of Illinois - 2017
- U.S. Court of Appeals, Sixth Circuit - 2018
- U.S. District Court, Southern District of Indiana - 2019
- U.S. District Court, Eastern District of Missouri - 2020
- U.S. District Court, Central District of Illinois - 2021
- U.S. District Court, Western District of Missouri - 2021
- U.S. District Court, District of Kansas - 2021