Exhibit B

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

## Kazerouni Law Group APC

### Anthony P. Chester, ATTORNEY (AT $395.00 per hr.)

*January 27, 2022*

| | |
|---|---:|
| Review notes on case. | 0.20 hrs. |
| DocuSign request - agreement w/ client. Signed. | 0.10 hrs. |
| Executed docs ▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | 0.10 hrs. |

*February 8, 2022*

| | |
|---|---:|
| Email from Ryan - Amended Complaint. Brief review. ▨▨▨▨ | 0.20 hrs. |
| ▨▨▨▨▨▨ | 0.30 hrs. |
| ▨▨▨▨ Case docs. Reviewed. ▨▨▨▨▨▨▨▨ | 0.70 hrs. |
| Review and edit complaint. Add allegations. Update sections. Update formatting and items. Review docs. ▨▨▨▨▨▨▨▨ | 1.6hr ~~2.10 hrs.~~ |

*February 9, 2022*

| | |
|---|---:|
| Email to Ryan - ▨▨▨▨▨▨▨ | 0.10 hrs. |
| Review, edit, and draft amended complaint. | 1.2hr ~~1.80 hrs.~~ |
| Email to Ryan - ▨▨▨▨ | 0.10 hrs. |

*February 10, 2022*

| | |
|---|---:|
| Email from Ryan - ▨▨▨▨ | 0.10 hrs. |
| Edit FAC further. Update. | .3hr ~~0.40 hrs.~~ |
| Email to Ryan - ▨▨ | 0.10 hrs. |

*February 14, 2022*

| | |
|---|---:|
| Review file. Email to Ryan - ▨▨▨▨▨ | 0.10 hrs. |

*February 15, 2022*

| | |
|---|---:|
| Email from Ryan - ▨▨▨▨▨▨▨ | 0.10 hrs. |
| Draft and file NOA | 0.00 hrs. |
| Review pretrial order. RE: M&C deadline on Feb. 18. Notes. | 0.10 hrs. |
| ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | ▨▨ |

*February 16, 2022*

| | |
|---|---:|
| ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | ▨▨ |

*February 17, 2022*

| | |
|---|---:|
| ▨▨▨▨▨ | ▨▨ |
| ▨▨▨▨▨▨▨▨▨ | ▨▨ |

*February 18, 2022*

| | |
|---|---:|
| ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | ▨▨ |
| ▨▨▨▨▨▨ | ▨▨ |

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

| | |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| *February 22, 2022* | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| ECF notice from court - RE: amended pretrial notice. Review. Calendar dates. | 0.10 hrs. |
| *March 21, 2022* | |
| Review emails from OCs and Ryan - RE: stips to extend. | 0.10 hrs. |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| Email to Ryan - ▓▓▓▓▓▓▓ | 0.10 hrs. |
| Email from Ryan - ▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |
| Email from OC EXP - RE: asks us to send dial-in. | 0.10 hrs. |
| Email to Ryan - ▓▓▓▓▓▓▓▓ | 0.00 hrs. |
| Email from Ryan - 26f report. Reviewed. Edits. | 0.30 hrs. |
| Email to OCs - RE: 26f report and meeting tomorrow. | 0.10 hrs. |
| *March 22, 2022* | |
| Emails with OCs and Ryan - RE: setting up 26f call. Sent dial-in info. | 0.10 hrs. |
| Review files. Prep for call with OCs. | 0.20 hrs. |
| R.26f call. Discussed case. OC to review doc and send it with edits. | 0.20 hrs. |
| *March 23, 2022* | |
| Email from OC Patrick - RE: request for settlement demand. Reviewed. ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 hrs. |
| Review OC Patrick's additions to 26f. | 0.10 hrs. |
| Email from Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |
| *March 29, 2022* | |
| Review emails from OCs - 26f report and proposed edits. Notes on PSO. | 0.20 hrs. |
| Draft PSO - Email to OCs. | 0.20 hrs. |
| Draft statement of the case. Review documents. | 1.40 hrs. |
| Email to Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |
| *March 30, 2022* | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| Email from OC Midland RE: depos. Emails with Ryan - RE: thoughts on response. | 0.10 hrs. |
| Call with Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |
| Email from Ryan - Confidential settlement Letter. Reviewed and edited. | 0.20 hrs. |

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

| | |
|---|---|
| Emails from Ryan and OC Midland - confirmed 6 Depos OK. | 0.10 hrs. |
| Update 26f Report and PSO. | 0.20 hrs. |
| Emails to OCs and Ryan - updated docs. OK to add e-sigs and file? | 0.10 hrs. |
| Email from OC EXP - OK to add e-sig. | 0.10 hrs. |
| Review file and emails, no response from Midland OC on use of e-sig. Will check in morning. | 0.10 hrs. |

*March 31, 2022*

| | |
|---|---|
| Emails from OCs and Ryan - RE: filing 26f and PSO | 0.00 hrs. |

*April 4, 2022*

| | |
|---|---|
| ECF Notice - Answer from Midland. Reviewed with Complaint. Notes. Midland admits to getting notice of disputes. NO BFE as affirmative defense. | 0.40 hrs. |
| Email from Ryan - Disco drafts to Midland and EXP. Reviewed. Edited. Review with documents on case. | .6hr ~~1.20 hrs.~~ |
| Email to Ryan - ▓▓▓▓▓▓▓▓. | 0.10 hrs. |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |

*April 6, 2022*

| | |
|---|---|
| Email from OC Midland - No ACDVs retained. | 0.10 hrs. |
| Email from Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |

*April 8, 2022*

| | |
|---|---|
| Email from Ryan - ID. Reviewed. Email back. | 0.20 hrs. |

*April 11, 2022*

| | |
|---|---|
| Review emails from OCs - RE: Initial disclosures. Reviewed. | .1hr ~~0.20 hrs.~~ |

*April 12, 2022*

| | |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |

*April 13, 2022*

| | |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |

*April 14, 2022*

| | |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |

*April 18, 2022*

| | |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| Review emails from Ryan and OC Midland - RE: extension for Midland on Discovery. Responses due 5/23. | 0.00 hrs. |

*April 19, 2022*

| | |
|---|---|
| Email from Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |

*April 21, 2022*

| | |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| Email from OC Midland R68. Reviewed. | 0.10 hrs. |
| Emails with Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

| | |
|---|---|
| Email from Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 hrs. |
| *April 25, 2022* | |
| Mail from OC Midland - R.68.  Reviewed. | 0.10 hrs. |
| *April 28, 2022* | |
| Review case file and docs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 hrs. |
| Call with client. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00 hrs. |
| Emails with Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |
| *April 29, 2022* | |
| Email to Ryan - ▓▓▓▓▓▓▓ | 0.10 hrs. |
| *May 2, 2022* | |
| Call with Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | .4hr ~~0.50 hrs.~~ |
| Email from Ryan - ▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |
| *May 5, 2022* | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| *May 9, 2022* | |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| *May 19, 2022* | |
| Emails RE: Ryan and Midland - RE: PO. Reviewed. | 0.10 hrs. |
| Email from Ryan - PO items.  Review case law. | 0.30 hrs. |
| *May 26, 2022* | |
| Email from OC - RE: PO. Reviewed. | 0.10 hrs. |
| Email from Ryan - ▓▓▓▓ | 0.10 hrs. |
| Call from Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 hrs. |
| *May 27, 2022* | |
| Email from Ryan to OCs - RE: PO. Reviewed. | 0.10 hrs. |
| *June 1, 2022* | |
| Reviewed Midland disco responses.  Reviewed answers.  No docs yet. Reviewed verification. | 0.40 hrs. |
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| Call to Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |
| Email to OC Midland - Follow-up on doc production. | 0.10 hrs. |
| *June 2, 2022* | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| *June 6, 2022* | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| *June 7, 2022* | |
| Email from Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

*June 8, 2022*
  Review Ryan RFPD letter and ROG letter to OC Midland. Edits. Review against disco responses. Supplement letters. — 2.50 hrs.

*June 9, 2022*
  ██████████ — ████
  ██████████ — ████

*June 13, 2022*
  Email from Ryan - ██████████ — 0.10 hrs.

*June 16, 2022*
  Email from Ryan - RE: disco M&C letters update. Reviewed. Further edits. — 0.40 hrs.
  Email to Ryan - ██████████ — 0.10 hrs.

*June 20, 2022*
  Email to Ryan - ████ — 0.10 hrs.
  Emails with Ryan - ██████████ — 0.10 hrs.
  ██████████ — ████

*June 22, 2022*
  Email from OC Midland - RE: OC out of office until next week. Email to Ryan - OK with meeting sometime next week. Email from Ryan - OK. Email to OC - OK on next week, out of office on July 1. — 0.10 hrs.
  ██████████ — ████

*June 24, 2022*
  Review Disco responses drafts from Ryan. Edits. Notes in track changes. Email to Ryan edited docs. — 2.70 hrs.
  ██████████ — ████

*June 27, 2022*
  Email from Ryan - ██████████ — 0.10 hrs.
  ██████████ — ████
  Email from Brooke and Ryan - RE: discovery responses and doc production. Reviewed. Final review. — 0.70 hrs.
  Email to Ryan - ██████████ — 0.10 hrs.
  Email from Ryan - ██████████ — 0.10 hrs.
  Emails with Ryan - ██████████ — 0.10 hrs.

*June 28, 2022*
  ██████████ — ████
  Email from OC Midland - RE: M&C. Sick now. Offered times next week. Email to Ryan thoughts. — 0.10 hrs.
  Email from Ryan - ██████████ — 0.10 hrs.

*June 29, 2022*
  Email from OC - confirmed meeting next Wednesday at 9am. — 0.10 hrs.

*July 1, 2022*
  Midland Disco production received. Reviewed. Initial review — 0.40 hrs.

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

*July 5, 2022*

| | |
|---|---|
| ▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚ | ▚▚▚ |
| Call to Ryan - ▚▚▚▚▚▚▚▚▚▚▚▚▚▚ | 0.30 hrs. |
| Email from OC Midland - RE: M&C tomorrow needs to push back. Covid and other items. Meeting with client tomorrow. Review. Email to Ryan thoughts. | 0.10 hrs. |
| Emails with Ryan - ▚▚▚▚▚▚▚▚▚▚ | 0.10 hrs. |
| Email to OC - RE: reschedule to next week. Will let him know tomorrow on proposed time/date | 0.10 hrs. |
| Email to Ryan - ▚▚▚▚▚▚▚▚ | 0.10 hrs. |

*July 6, 2022*

| | |
|---|---|
| Emails with Ryan - ▚▚▚▚▚▚▚▚ | 0.10 hrs. |
| Email to OC Midland - RE: call next week Tuesday 9am-11:30am. Time that works? | 0.10 hrs. |

*July 11, 2022*

| | |
|---|---|
| Call with Ryan - ▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚ | 0.10 hrs. |
| Email to OC Midland - RE: time for M&C tomorrow? | 0.10 hrs. |
| Email from OC - RE: 10:30 M&C time. OK. Accept. | 0.10 hrs. |

*July 12, 2022*

| | |
|---|---|
| Review materials. Prep for meeting with OC Midland. | 0.40 hrs. |
| Call with OCs Midland and Ryan - RE: M&C. OCs request additional clarification on Proportionality/Overbroad objections, legal conclusions, and incorporating outside materials. Will supplement. Discussed PO and next steps. Will respond to OC EXP Email. Also will follow-up on settlement demand. | 0.30 hrs. |
| Call with Ryan - ▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚ | 0.20 hrs. |

*July 19, 2022*

| | |
|---|---|
| Email from Ryan - ▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚ | 0.10 hrs. |
| Review case law on proportionality. Notes. | 0.50 hrs. |
| Email to Ryan - ▚▚▚▚▚▚▚▚▚▚▚▚▚▚ | 0.10 hrs. |
| ▚▚▚▚▚▚▚▚▚ | ▚▚▚ |
| ▚▚▚▚▚▚▚▚▚▚▚▚▚ | ▚▚▚ |
| ▚▚▚▚▚ | ▚▚▚ |
| ▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚▚ | ▚▚▚ |

*July 20, 2022*

| | |
|---|---|
| ▚▚▚▚▚▚▚▚▚▚▚▚ | ▚▚▚ |
| ▚▚▚▚▚▚▚▚▚▚▚▚ | ▚▚▚ |
| ▚▚▚▚▚▚▚▚▚▚▚▚ | ▚▚▚ |

*July 25, 2022*

| | |
|---|---|
| Research and review case law on proportionality objections. Draft notes. Draft response to OC Midland. | 1.10 hrs. |

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

*July 26, 2022*
  Edit Proportionality response. — 0.20 hrs.
  Email to Ryan - ████████████████████ — 0.10 hrs.
  Email from Ryan - ████████████████████ — 0.10 hrs.
  Email from OC Midland - RE: protective order thoughts. Reviewed. ████████ — 0.10 hrs. ████
  Call with Ryan - ████████████████████████ — 0.10 hrs.
  Email to OC Midland - Can wait for OC EXP to weigh in on the PO issue — 0.10 hrs.
  Review and edit M&C case law notes to OC. Email to Ryan for review. — 0.20 hrs.
  Email from Ryan - ████████████ — 0.10 hrs.
  Email to OC Patrick - RE: M&C follow-up. — 0.10 hrs.

*July 27, 2022*
  ████████████████████████████████████████ ████
  ████████████████████████████████████ ████
back to me.
  Email to Ryan - RE: update on OC call. — 0.10 hrs.
  Email from OC Midland - RE: response on case law. Will review and get back to us on supplements soon. — 0.10 hrs.
  Email from OC Experian - RE: update on PO for all counsel for review. — 0.10 hrs.

*July 29, 2022*
  Meeting with Ryan - ████████████████████████████████ ████████ — 0.30 hrs.
  Initial draft of PO response. ████████████████ — 0.50 hrs.

*August 1, 2022*
  Email from Ryan - ████████████████ — 0.10 hrs.
  Review, edit, and update draft email to OCs on PO. — 0.50 hrs.

*August 11, 2022*
  Review file. No response from OCs on PO email. Flagged for follow-up. — 0.10 hrs.

*August 15, 2022*
  Review file. Update case notes. — 0.10 hrs.

*August 17, 2022*
  Email to Ryan - ████████████████ — 0.10 hrs.
  Email from Ryan - ████████████████████████ — 0.20 hrs.
  Email from Ryan - RE: OC Follow-up. — 0.10 hrs.
  Email to OCs - Follow-up on PO and docs. — 0.10 hrs.

*August 18, 2022*
  Email from OC Midland - RE: Out of office and will get back to us on PO — 0.10 hrs.

*August 25, 2022*
  Email from OC Midland - RE: no compromise on PO. Will file for PO. — 0.10 hrs.

*August 26, 2022*
  Call with Ryan - ████████████████████████████████ ████████████████ — 0.20 hrs.

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

*August 29, 2022*

| | |
|---|---:|
| Review PO motion, memo, and attached docs. | 0.50 hrs. |
| Order received. Time extended to 9/8 for response to motion. | 0.10 hrs. |

*September 6, 2022*

| | |
|---|---:|
| Call from Ryan - ██████████ | 0.10 hrs. |
| Call to Ryan - ███ | 0.10 hrs. |
| Call with Ryan - ██████████████████████████████████████████████████████████████████████ | 0.10 hrs. |
| Research on Motion for PO. Wright, Miller, & Marcus and accompanying case law. Reviewed items, notes on cases. Notes on arguments. | 1.30 hrs. |

*September 7, 2022*

| | |
|---|---:|
| Notes on Motion draft. Items to include. | 0.50 hrs. |
| Call with Ryan - RE: R.68 and next steps on case. | 0.20 hrs. |
| Email from court - Protocols on hearing. Reviewed. | 0.10 hrs. |
| Draft MFPO. Draft Intro, background, and draft legal standard. Review notes. | 2.80 hrs. |
| Draft MFPO. Draft Arguments section. Draft args on Defendants failing to meet burdens of R26 and sub sections | 2.10 hrs. |
| Draft MFPO. Draft argument on local rule.. Reviewed items. Draft conclusion. | 0.40 hrs. |

*September 8, 2022*

| | |
|---|---:|
| Draft MFPO. Continue filling in all sections and arguments. Update with additional case law. | 0.50 hrs. |
| Draft MFPO. Review, edit, and clean up draft. Update citations. Add items to arguments. Prep for sending to Ryan for review. | 1.60 hrs. |
| Email to Ryan - MFPO. Notes on response. Thoughts. Items to consider in review. | 0.10 hrs. |
| Email from Ryan - RE: MFPO review. ██████████ | 0.10 hrs. |
| Email from Ryan - RE: MFPO. Edits. Brief review. | 0.10 hrs. |
| Call with Ryan - RE: thoughts on motion response, items to consider adding, notes on additional case law. I will review, edit, and send back a near-final version. | 0.30 hrs. |
| Review and edit MFPO. Review case law supplied by Ryan. Include additional case law and notes. Adopt Ryan's edits. Conducted final review of entire response and make additional edits. | 1.30 hrs. |
| Email to Ryan - updated motion response. ████████████████████████████ | 0.10 hrs. |
| Draft word count cert. | 0.10 hrs. |
| Email from Ryan - Good on response. No additional edits. Email back - will prep to file. | 0.10 hrs. |
| Final review and prep for filing. MFPO Response. | 0.20 hrs. |
| File MFPO response. | 0.10 hrs. |
| Email to Ryan - RE: courtesy copies thoughts. | 0.10 hrs. |
| Email from Ryan - RE: R.68 acceptance from client. Reviewed. OK. Email back. | 0.10 hrs. |
| Call to chambers - RE: courtesy copies? Vmail. | 0.10 hrs. |
| Email from Ryan - RE: sent R.68 acceptance to OC Midland. | 0.00 hrs. |
| ECF Notice from the Court. Hearing canceled. Taking it on the papers. Emails with Ryan on thoughts. | 0.10 hrs. |

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

*September 9, 2022*
    Email from OC MCM - RE: request for time records and demand on fees and costs. Reviewed. — 0.10 hrs.

*September 12, 2022*
    Email from OC Midland - RE: cancel depo. — 0.10 hrs.
    Call to Ryan - ▓▓▓ — 0.10 hrs.

*September 13, 2022*
    Email to Ryan - ▓▓▓ — 0.10 hrs.
    Call with Ryan - ▓▓▓ — 0.30 hrs.
    Review case law. RE: fee petitions. ▓▓▓ — 0.30 hrs.

*September 14, 2022*
    ▓▓▓ — ▓▓▓

*September 15, 2022*
    Review fee sheet. Review for deductions for EXP and TU specific items. Notes taken. — 0.30 hrs.

*September 16, 2022*
    Call with Ryan - ▓▓▓ — 0.20 hrs.
    Final Review of fee sheet. Further deductions. ▓▓▓ — 0.20 hrs.
    Email to Ryan - ▓▓▓ — 0.10 hrs.

*September 18, 2022*
    Review email from Ryan - ▓▓▓ — 0.10 hrs.

*September 19, 2022*
    Review email from Ryan - Sent OC fee demand. — 0.00 hrs.

*September 20, 2022*
    Email from OC Midland - RE: request for more time to respond. Email to Ryan - ▓▓ — 0.10 hrs.
    Call with Ryan - ▓▓▓ — .1hr ~~0.30 hrs.~~
    ▓▓▓ — ▓▓▓
    Email from Ryan to OC Midland - OK on extra week to respond. — 0.00 hrs.
    ▓▓▓ — ▓▓▓
    ▓▓▓ — ▓▓▓
    ▓▓▓ — ▓▓▓
    ▓▓▓ — ▓▓▓

*September 26, 2022*
    Email from OC Midland - RE: request for more info on attorneys' fees offer. Reviewed. — 0.10 hrs.
    ▓▓▓ — ▓▓▓

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

*September 27, 2022*

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓▓

    Call with Ryan - RE: response to OC Midland. Thoughts on Midland R.68 moving forward. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      .1hr ~~0.20 hrs.~~

    Email from Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      0.10 hrs.

    Email from Ryan to OC Midland reviewed.      0.00 hrs.

*October 3, 2022*

    Email from OC - RE: fees. Provided offer equal to their fees, but didn't say what their fees are.      0.10 hrs.

*October 7, 2022*

    ▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓▓

    Call with Ryan - Discussed case and OC position. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      0.20 hrs.

    Email from Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      0.10 hrs.

*October 10, 2022*

    Email from OC - RE: Response on fee dispute. OC did not produce information on Defendant's fees and hourly rates despite our request. Reiterated demand for blind acceptance of OC proposal without knowing what the offer is first. Mischaracterized fee sheet dispute. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      0.10 hrs.

*October 12, 2022*

    Call to Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      0.10 hrs.

*October 13, 2022*

    ECF Notice. PO. Reviewed. PO ordered.      0.10 hrs.

*October 19, 2022*

    Call with Ryan - RE: Next steps on fee dispute. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      0.10 hrs.

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓▓

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓▓

*October 21, 2022*

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓▓

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓▓

    Email from OC Midland - RE: still unwilling to tell us a dollar value for Midland's offer. Demands fee sheets.      0.10 hrs.

*October 24, 2022*

    Call with Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      .1hr ~~0.20 hrs.~~

    Email to Ryan - RE: Next steps for production of attorneys' fees billing to Midland.      0.10 hrs.

*October 26, 2022*

    ECF Notice - Filing of R.68 Acceptance. Retrieved. Reviewed. Only acceptance included, no offer attached.      0.10 hrs.

    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓▓

Anthony P. Chester, In Summary: ▓▓▓▓▓ ▓▓▓▓▓

$19,236.50      48.70 hrs

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

*October 26, 2022 continued*

| | |
|---|---|
| Email from Ryan - ▒▒▒▒▒▒▒▒▒▒ | 0.10 hrs. |
| Review and redact fee report. Prep for OC production. | 0.20 hrs. |

*October 27, 2022*

| | |
|---|---|
| Email to Ryan - RE: Next steps on fee report. | 0.10 hrs. |
| Review Local Rules and FRCP 54 on timeline on Motion for Attorneys' fees. Only after judgment rendered. No judgment yet. | 0.10 hrs. |
| ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒▒▒ |
| Call with Ryan - RE: Next steps on case, fee report, and possible fee petition. ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | .2hr 0.60 hrs. |
| Email from Ryan - ▒▒▒▒▒▒▒▒▒▒▒▒ | 0.20 hrs. |
| Review and redact time sheets further beyond other D entries. Mental impressions, attorney work product, substance of communications w/ co-counsel, etc. | 0.30 hrs. |

*October 28, 2022*

| | |
|---|---|
| ECF Notice - R.68 filed w/ offer and acceptance this time. Reviewed. | 0.10 hrs. |
| Email from Ryan - RE ▒▒▒▒▒ thoughts on approach on fee litigation. | 0.10 hrs. |
| Call with Ryan - Next steps on preparing fee sheets and sending to OC. Ryan to provide updated sheets and send over. Will send to OC today. | 0.20 hrs. |
| Email from Ryan - ▒▒▒▒▒▒▒▒▒▒ | 0.10 hrs. |
| Review fee sheets one last time. Final redactions. | 0.30 hrs. |
| Email to Ryan - RE: fee sheet redacted. Final version. | 0.10 hrs. |
| Email from Ryan - will send to OC with his sheets. | 0.10 hrs. |

*November 1, 2022*

| | |
|---|---|
| Email from OC Midland - Will review and get back to us. | 0.10 hrs. |
| ECF Notice. Judgment entered. Reviewed. | 0.10 hrs. |
| Email to Ryan - ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | 0.10 hrs. |
| Review local Rule 7.1 RE: Post-judgment motions. May need to request briefing schedule? | 0.10 hrs. |
| ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ | ▒▒▒▒ |
| Email from Ryan - RE: case law on fee petition timing. Reviewed. Reviewed local rules further. Email back. | 0.10 hrs. |
| Emails from OC Midland and Ryan - RE: check sending. Ryan responding. | 0.00 hrs. |
| Emails with Ryan - RE: next steps on fee petition. I will call chambers to see about hearing time and/or briefing schedule. | 0.10 hrs. |

*November 2, 2022*

| | |
|---|---|
| Call with Chambers - RE: no request for motion hearing at this time. Court will go off 14 day timeline for judgment. Briefing schedule won't be entered until after fee motion. | 0.10 hrs. |
| Call with Ryan - RE: Chambers update on timeline, thoughts on fee petition, next steps, etc. | 0.30 hrs. |

*November 3, 2022*

| | |
|---|---|
| Review Ricketson Docket and files. Review PN declarations, memoranda, CV, and arguments. Bills at hourly rate of $400 or more for FDCPA cases. Billed lowed on Ricketson based on volume discount. Notes on other items in briefing. | 1.00 hrs. |
| Review FDCPA fee petition case law. Armstrong, Gupta, Hashi, Phenow, Wiley, etc. | 0.70 hrs. |

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

| | |
|---|---|
| Research case law on FCRA fee petitions. Review Dunnigan | 0.30 hrs. |
| MFAF Memo - draft outline and begin procedural history section. | 0.50 hrs. |

*November 4, 2022*

| | |
|---|---|
| MFAF Memo - Draft work to date history section. | 1.60 hrs. |
| MFAF Memo - Draft outline of legal argument. | 0.20 hrs. |

*November 7, 2022*

| | |
|---|---|
| ██████████████████████████████████████ | ████ |
| ██████████ | ████ |
| Call with Ryan - ████████████████████████████████████████ ████████ Thoughts on Midland MFAF. Will get initial draft to Ryan by tomorrow morning. | 0.10 hrs. |
| MFAF Memo - Sections on Plaintiff bringing a successful action and fee awards as mandatory. Research case law. Draft sections. | 0.60 hrs. |
| MFAF Memo - draft section on lodestar formula. | 0.30 hrs. |
| MFAF Memo - Section on hours reasonably expended. Draft initial notes. | 0.10 hrs. |
| MFAF Memo - Draft section on Experience as consumer protection attorney. | 0.20 hrs. |
| MFAF Memo - Section on other district awards. Review case law. Pull additional case law and review. Review notes. Draft section. Research and gather information on inflation. Update. | 1.70 hrs. |
| MFAF Memo - Consumer law survey section. Draft. Review consumer law survey. Update and supplement. Include inflation info. | 0.40 hrs. |

*November 8, 2022*

| | |
|---|---|
| MFAF Memo - Draft section on OC hourly rate. Review OC filings. Pull additional filings on Ricketson. Reviewed. Updated section. Further drafting. | 0.70 hrs. |
| MFAF Memo - Draft section on fees recoverable through fee petition. | 0.50 hrs. |
| MFAF Memo - Draft section on proportionality | 0.30 hrs. |
| MFAF Memo - Draft notes for section on Writing off time. | 0.20 hrs. |
| MFAF Memo - draft notes on costs section. | 0.10 hrs. |
| MFAF Memo - draft conclusion. | 0.10 hrs. |
| MFAF Memo - Draft time reasonably expended section. Add case law. | 0.30 hrs. |
| MFAF memo - Financial risk section. Initial draft. Review case law. | 0.30 hrs. |
| MFAF Memo - add case law on factors to consider in analysis of fee petitions. | 0.20 hrs. |
| Email to Ryan - initial draft of MFAF memo. Notes. | 0.10 hrs. |
| Email from Ryan - RE: Fee Motion notes. Reviewed. Email back thoughts on items to add and supplement. ████████████████████████████████ ████████████████████ | 0.10 hrs. |
| ████████████████████████████████████████████████ ██████████ | ████ |
| ██████████████████████████████████ | ████ |
| ██████████████ | ████ |
| ████████████████████████████████████████████████ | ████ |
| ██████████████████████████████████████ ████ | ████ |

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

*November 9, 2022*

| | |
|---|---|
| Email from Ryan - RE: decs and next steps on motion. Sent edits. Email back - will review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |
| MFAF Memo - Review Ryan edits and adopt. Add markers for additional cites to add. | 0.30 hrs. |

*November 10, 2022*

| | |
|---|---|
| MFAF memo - Edits. Add in markers for Dec. cites. Edits on facts section for initial R.68. Edits on facts for negotiations after R.68 acceptance. Additional edits for clarity throughout memo. | 0.70 hrs. |
| MFAF Memo - Draft section on Ricketson fee request by OC. Check against docs. | 0.40 hrs. |
| MFAF Memo - Draft section on necessity of work from M&C, PO Motion, and Fee Motion. Check against emails on facts. Review notes. | 1.50 hrs. |
| Email to Ryan - updated Fee Memo. V3. Notes on items. | 0.10 hrs. |
| Email from Ryan - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 hrs. |
| Email from Ryan - Updated fee motion memo. ▓▓▓▓▓▓▓ | 0.10 hrs. |
| MFAF Memo - Review Ryan edits. Adopt. Add additional edits. | 0.40 hrs. |
| Email to Ryan - updated Fee memo. Detailed notes on items still left to complete before filing. | 0.20 hrs. |

*November 11, 2022*

| | |
|---|---|
| Call with Ryan - ▓▓▓▓▓▓ fee motion, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Still no word from opposing counsel on an actual dollar value offer in response to our initial demand from September. | 0.50 hrs. |
| MFAF - Draft my declaration. Initial items. | 0.50 hrs. |

*November 13, 2022*

| | |
|---|---|
| Email from Ryan - RE: MFAF memo edited and Ryan's decl. Notes from Ryan. | 0.10 hrs. |
| Review MFAF Memo w/ Ryan's edits. Reviewed and edited further. Adopted Ryan's edits. | 0.40 hrs. |
| Draft and edit my declaration for MFAF Memo. Add items. | 0.40 hrs. |

*November 14, 2022*

| | |
|---|---|
| Email to Ryan - MFAF Memo updated and my declaration. | 0.10 hrs. |
| Call with Ryan - Discussed fee motion and items still to complete. I will update the memo once more and update my declaration. I will also draft up the motion itself. | 0.20 hrs. |
| MFAF - Edits to Declaration. | 0.20 hrs. |
| MFAF Memo - Review and edit memo. Update declaration citations, add arguments, etc. | 0.40 hrs. |
| MFAF - Draft motion doc. | 0.30 hrs. |
| Email to Ryan - updated memo, updated declaration, and motion doc. Notes. | 0.10 hrs. |
| Call with Ryan - RE: Final steps still to complete on fee petition. Ryan to reach out to OC for Midland one last time to offer to settle the matter again for our initial demand amount, despite the additional attorneys' fees and costs incurred in the time since September 19. | 0.10 hrs. |
| Email from Ryan sent to OC - re-offering initial demand amount until 4pm tomorrow. | 0.00 hrs. |
| MFMF - Draft PO | 0.10 hrs. |

*November 15, 2022*

| | |
|---|---|
| MFAF - Draft Word Count Cert. | 0.10 hrs. |

# Fees Report for Berscheid v. Experian, TransUnion, and Midland Funding

| | | |
|---|---|---|
| Draft MFAF Memo - Near final round of edits. Clarify arguments, update citations, remove most placeholders. Prep to send to Ryan for final review. | | 1.00 hrs. |
| Emails with Ryan - RE: declarations. | | 0.10 hrs. |
| Anthony P. Chester, In Summary: | ▓▓▓▓▓ | ▓▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓ | $8,808.50 | 22.30 hrs |
| | **TOTAL** | **TOTAL** |
| **Combined with 10/26/22 Fee Sheet:** | **$28,045.00** | **71.00 hrs** |