**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Becky Berscheid, | Case No.: 0:22-cv-00086-JRT-LIB |
| Plaintiff, | |
| v. | **Local Rule 7.1(a)(1)** |
| | **Meet & Confer Statement** |
| Midland Credit Management, Inc., et. al., | |
| Defendants. | |

The undersigned certifies that Plaintiff sought resolution of the issues raised by Plaintiff's Motion for Attorneys' Fees through email correspondence identified in the undersigned's declaration attached to the present motion. *See* Peterson Decl. ¶ 7, Ex. C. As a final effort at resolution, the undersigned renewed an offer to resolve the issues raised by the present motion with a response deadline of 4:00 PM on November 15, 2022. Peterson Decl. ¶ 23. As of the filing of this motion, Plaintiff has not received a response from Midland Credit Management, Inc. and the issues raised by the present motion remain unresolved. Peterson Decl. ¶ 24.

Respectfully submitted,

Date: <u>November 15, 2022</u>      PETERSON LEGAL, PLLC

<u>/s/ Ryan D. Peterson</u>
Ryan D. Peterson (#0389607)
6600 France Avenue, Suite 602
Edina, MN 55435
(612) 367-6568
ryan@peterson.legal
ATTORNEY FOR PLAINTIFF