UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Becky Berscheid,
Plaintiff,

                                 Case No. 0:22-cv-0086-JRT-LIB

vs.
                                 **SATISFACTION OF JUDGMENT**

Experian Information Solutions, Inc.
and Midland Credit Management, Inc.,
Defendants.

---

Judgment was rendered in favor of the above-named Plaintiff and against the above-named Defendant Midland Credit Management, Inc. in the above-entitled action, on the 1st day of November, 2022, in the sum of $10,001.00. Plaintiff acknowledges payment of said judgment in full and desires to release this judgment and hereby fully and completely satisfy the same. Said satisfaction shall in no way be construed to discharge Plaintiff's claim for costs and attorneys' fees against Defendant Midland Credit Management, Inc. with respect this action, and Plaintiff hereby reserves her rights to the same.

Dated: November 28, 2022           PETERSON LEGAL, PLLC

                                     s/ Ryan D. Peterson
                                     Ryan D. Peterson (#0389607)
                                     6600 France Avenue S
                                     Suite 602
                                     Edina, MN 55435
                                     (612) 367-6568
                                     ryan@peterson.legal

2

KAZEROUNI LAW GROUP, APC

/s/ Anthony P. Chester
Anthony P. Chester (#0396929)
8400 Normandale Lake Blvd., Suite 920
Bloomington, MN 55437
Phone: 952-225-5333
Email: tony@kazlg.com
*Attorneys for Plaintiff*

2