

November 30, 2022

**<u>VIA ECF</u>**

The Honorable John R. Tunheim
Courtroom 14E
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re: *Berscheid v. Experian Information Solutions, Inc., et. al.*
Case No. 0:22-cv-00086-JRT-LIB

Dear Judge Tunheim:

I represent Plaintiff in the above-titled matter. Yesterday evening, Defendant Midland Credit Management, Inc. ("Midland") filed and served its Memorandum in Opposition to Plaintiff's Motion for Attorneys Fees (Doc. 53).

According to Local Rule 54.3(b), a party may not file a reply brief in support of a motion for attorney's fees unless the Court orders otherwise. Based upon the breadth of Midland's opposition brief, Plaintiff believes a reply brief would be helpful in aiding the court with the disposition of Plaintiff's motion.

Consequently, Plaintiff respectfully requests permission to file and serve a reply brief in support of her Motion for Attorneys' Fees (Doc. 46) and that the Court enter an order granting the same. Plaintiff requests 14 days to file said brief.

Should you have any further questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.


Very Truly Yours,

*s/Ryan D. Peterson*

Ryan D. Peterson

Cc: Patrick D. Newman (*via ECF*)