UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Becky Berscheid,
Plaintiff,

vs.

Experian Information Solutions, Inc.,
Defendant.

Case: 22-cv-00086-JRT-LIB

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff and Defendant and Experian Information Solutions, Inc. have reached a settlement regarding Plaintiff's claim as pled in the Amended Complaint and intend to file a stipulation of dismissal once all necessary documents have been executed.

Dated: June 4, 2024

Respectfully Submitted,

PETERSON LEGAL, PLLC

s/ Ryan D. Peterson
Ryan D. Peterson (#0389607)
6600 France Ave S, Suite 602
Edina, MN 55435
(612) 367-6568
ryan@peterson.legal

Anthony P. Chester (#0396929)
Chester Law PLLC
8400 Normandale Lake Blvd., Ste. 920
Bloomington, MN 55437
P: 612-488-2110
E: tony@chester.law

ATTORNEYS FOR PLAINTIFF