# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

BECKY BERSCHEID,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendant.

Civil No 22-86 (JRT/LIB)

**ORDER FOR DISMISSAL WITH PREJUDICE**

_____

Anthony P Chester, **CHESTER LAW PLLC,** 8400 Normandale Lake Blvd., Suite 920, Bloomington, MN 55437, Ryan D. Peterson, **CONSUMER ATTORNEYS, PLC,** 6600 France Avenue, Suite 602, Edina, MN 55435, for plaintiff.

Christopher Adam Hall, **JONES DAY,** 110 N Wacker, Suite 4800, Chicago, IL 60606, Chelsea Bollman, **JONES DAY,** 90 S Seventh St., Ste 4950, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 25, 2024　　　　　　　　　　　　　　　___s/John R. Tunheim_____
at Minneapolis, Minnesota　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge