# UNITED STATES DISTRICT COURT
## District of Minnesota

Becky Berscheid,

        Plaintiff,

v.

Experian Information Solutions, Inc.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 22cv86 JRT/LIB

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Date: 6/26/2024

KATE M. FOGARTY, CLERK